IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
LYNN T. CECIL and SUZIE CECIL,      )
trustees of the CECIL FAMILY        )    2:07-cv-419-GEB-KJM
REVOCABLE TRUST; RICK CECIL; and    )
LYNETTE CECIL;                      )
                                    )
              Plaintiffs,           )
                                    )    ORDER CONTINUING
         v.                         )    STATUS (PRETRIAL
                                    )    SCHEDULING) ORDER
ROCKY MOUNTAIN RAILWAY AND MINING   )
MUSEUM, a Colorado non-profit       )
corporation; and YREKA WESTERN      )
RAILROAD, a California corporation, )
                                    )
              Defendants.           )
_____)
                                    )
And Related Actions.                )
_____)
```

The Joint Status Conference Report filed May 21, 2007, reveals that this case is not ready to be scheduled since third party defendant Ralph Domenici has not yet appeared in this action. Accordingly, the Status (Pretrial Scheduling) Conference set for June 4, 2007, is continued to August 13, 2007, at 9:00 a.m.  A joint status

report shall be filed no later than fourteen days prior to the scheduling conference.[1]

IT IS SO ORDERED.

Dated: May 24, 2007

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2