René Lastreto, II, #100993
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Judgment.wpd:

Attorneys for Plaintiffs, LYNN T. CECIL and SUZIE CECIL, TRUSTEES OF THE CECIL FAMILY REVOCABLE TRUST; RICK CECIL and LYNETTE CECIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN T. CECIL and SUZIE CECIL, TRUSTEES OF THE CECIL FAMILY REVOCABLE TRUST; RICK CECIL and LYNETTE CECIL,<br><br>    Plaintiffs,<br><br>v.<br><br>ROCKY MOUNTAIN RAILWAY AND MINING MUSEUM, a Colorado Non-Profit Corporation and YREKA WESTERN RAILROAD, a California Corporation,<br><br>    Defendants. | Case No. 2:07-CV-00419-GEB-KJM<br><br>**AMENDED JUDGMENT AFTER ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DISMISSING COUNTER CLAIMS AND CROSS CLAIM** |

    The Court, having granted Plaintiffs' motion for summary judgment against Defendants, ROCKY MOUNTAIN RAILWAY AND MINING MUSEUM and YREKA WESTERN RAILROAD COMPANY (hereinafter collectively referred to as "Defendants");

    The Court having been fully advised of the premises and for good cause appearing,

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs LYNN T. CECIL and SUZIE CECIL, TRUSTEES OF THE CECIL FAMILY REVOCABLE TRUST, and RICK CECIL and LYNETTE CECIL (hereinafter collectively "Plaintiffs"), shall recover from Defendants, ROCKY MOUNTAIN RAILWAY AND MINING MUSEUM and YREKA WESTERN RAILROAD COMPANY, jointly and severally, the following amounts:

1.    The principal sum of $95,370.59 for money due, owing, and unpaid under the Promissory Note and written Guarantee; and

2.    Interest in the amount of $51,076.79.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs have a valid and enforceable security interest in Steam Locomotive No. 19 against Defendant YREKA pursuant to this Court's order dated February 26, 2008.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant YREKA WESTERN RAILROAD COMPANY shall take nothing by way of its counter-claim for declaratory judgment against Plaintiffs and the same is dismissed with prejudice.

Dated: June 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge