IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNN T. CECIL and SUZIE CECIL, )
trustees of the CECIL FAMILY ) 2:07-CV-419-GEB-KJM
REVOCABLE TRUST; RICK CECIL and )
LYNETTE CECIL, )
                                  Plaintiffs, )
    v. ) ORDER
ROCKY MOUNTAIN RAILWAY AND MINING )
MUSEUM, a Colorado Non-Profit )
Corporation, and YREKA WESTERN )
RAILROAD, a California Corporation,)
                                  Defendants. )
─────────────────────────────────── )
YREKA WESTERN RAILROAD, )
                          Counter-claimant, )
    v. )
LYNN T. CECIL and SUZIE CECIL, )
trustees of the CECIL FAMILY )
REVOCABLE TRUST; RICK CECIL and )
LYNETTE CECIL, )
                         Counter-defendants. )
─────────────────────────────────── )
And Related Actions. )
─────────────────────────────────── )

       On July 3, 2008, Third Party Defendant Ralph Domenici filed a proposed order that would enter a judgment in accordance with an Order filed June 13, 2008; the June 13 Order dismissed the cross-claims and third party complaint against Domenici under 28 U.S.C. §

1

1367(c)(3). However, Domenici fails to provide authority for entry of judgment on the claims dismissed under § 1367.  Therefore, Domenici's proposed order will not be signed.

Dated:  July 11, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

2