```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


LYNN T. CECIL and SUZIE CECIL,      )
trustees of the CECIL FAMILY        )   2:07-CV-419-GEB-KJM
REVOCABLE TRUST; RICK CECIL and     )
LYNETTE CECIL,                      )
                                    )
              Plaintiffs,           )
                                    )
     v.                             )   ORDER*
                                    )
ROCKY MOUNTAIN RAILWAY AND MINING   )
MUSEUM, a Colorado Non-Profit       )
Corporation, and YREKA WESTERN      )
RAILROAD, a California Corporation, )
                                    )
              Defendants.           )
_____)
                                    )
YREKA WESTERN RAILROAD,             )
                                    )
              Counter-claimant,     )
                                    )
     v.                             )
                                    )
LYNN T. CECIL and SUZIE CECIL,      )
trustees of the CECIL FAMILY        )
REVOCABLE TRUST; RICK CECIL and     )
LYNETTE CECIL,                      )
                                    )
              Counter-defendants.   )
_____)
                                    )
And Related Actions.                )
_____)
```

Plaintiffs move for an award of attorneys' fees in the amount of $24,660.50, declaring that this amount is reasonable. Further, Plaintiffs request that their attorneys' fees be added to the

---

    *   This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1 | judgment entered on June 20, 2008.  Defendants filed a "Non-
2 | Opposition" in response to the motion.
3 |       The motion is granted.  Plaintiffs are awarded $24,660.50 in
4 | attorneys' fees; the judgment shall be amended in accordance with this
5 | Order.
6 |       IT IS SO ORDERED.
7 | Dated:  August 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge